UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. |
| | ) | |
| CHARLES MICHAEL BLIZZARD | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

## DECLARATION REGARDING PAYMENT ADVICES

1.

My name is Charles Michael Blizzard. I am the Debtor in the above referenced case. I am older than eighteen years of age and competent to execute this declaration.

2.

I did not receive a check stub or payment advice in the sixty (60) day period prior to September 7, 2022.

Under penalty of perjury, I declare that I have read the information contained in this declaration, and it is true and correct.

This 7th day of September, 2022.

_Charles Michael Blizzard_
Charles Michael Blizzard