**SO ORDERED.**

**SIGNED this 24 day of October, 2022.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-51030 JPS |
| | ) | |
| CHARLES MICHAEL BLIZZARD | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |
| | ) | |
| CHARLES MICHAEL BLIZZARD | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| DISCOVER BANK | ) | |
| | ) | |
| RESPONDENT | ) | |

**ORDER ON MOTION TO AVOID LIEN**

The Motion of the Movant seeking avoidance of the judicial lien entered in Case No. SUCV2022000122 in the Superior Court of Monroe County, Georgia in favor of the Respondent having been served on the Respondent, and no objection having been filed with the Court:

IT IS HEREBY ORDERED, that the Motion to avoid lien of the Movant is hereby GRANTED. The Court avoids the fixing of the judicial lien on the real and personal property of the Movant subject to reinstatement under 11 U.S.C. § 349 upon dismissal of the case.

**END OF DOCUMENT**

Order prepared by:
Robert M. Matson
Attorney for Debtor/Movant
State Bar No. 477102
Akin, Webster & Matson, P.C.
P. O. Box 1773
Macon, GA 31202
(478) 742-1889
rmatson@akin-webster.com