# United States Bankruptcy Court

## Middle District of Georgia

Date: 4/18/23

In re:

Charles Michael Blizzard
98 Cotswold Dr
Forsyth, GA 31029–8180

Debtor(s)

Case No. 22–51030–JPS

Chapter 7

Re: Doc11; Trustee's Report of Possible Assets in a Chapter 7 Case filed by Walter W Kelley (Kelley, Walter) (Entered: 10/18/2022)

Dear Mr. Kelley,

Please let the Court know the status of the case.

Thank you for your attention and assistance in this matter.

Sincerely,

Mary L. Bryan

Deputy Clerk
United States Bankruptcy Court

478–749–6811