IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| **CHARLES MICHAEL BLIZZARD** | : | NO. 22-51030-JPS |
| | : | |
| **Debtor** | : | CHAPTER 7 |
| | : | |

### REQUEST FOR BAR DATE
### AND
### REQUEST FOR NOTICE TO BE SENT TO ALL CREDITORS

**COMES NOW** Walter W. Kelley, Chapter 7 Trustee duly appointed in the above-styled case, and requests that a bar date be set in this case for filing claims against the estate. It is further requested that notice of the claims bar date be given to all creditors pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5).

This  1  day of  February  20 24.

/s/ Walter W. Kelley
**WALTER W. KELLEY**
**Chapter 7 Trustee**
**Kelley, Lovett, Blakey & Sanders**
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com