**SO ORDERED.**

**SIGNED this 5 day of March, 2024.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| CHARLES MICHAEL BLIZZARD, | : | NO. 22-51030-JPS |
| | : | |
| Debtor. | : | CHAPTER 7 |
| | : | |

### ORDER GRANTING MOTION TO SELL SUBJECT TO LIENS AND OTHER CLAIMS

Walter W. Kelley, Trustee ("*Trustee*") filed a motion in the above case seeking authority to sell property of the bankruptcy estate subject to liens and other claims in accordance with 11 U.S.C. § 363(b). The property consists of a vacant lot of approximately 1.52 acres located at 108 Cotswold Drive, Forsyth, Monroe County, Georgia (hereafter "*108 Cotswold Drive*") identified as Parcel No. 081C034 and described in that *Warranty Deed* recorded in the Monroe County, Georgia Clerk's Office in Deed Book 1993 page 1. Notice of the motion was given to the Debtor, creditors and other parties interested in this case. For good cause shown, it is

**ORDERED** that the motion is granted under 11 U.S.C. § 363(b) and the Trustee is hereby authorized to sell 108 Cotswold Drive by an auction sale or private sale subject to liens and other claims as requested in the motion. It is further

**ORDERED** that the Trustee is authorized to pay the following claims at closing: Closing costs, real estate taxes, sales commission and reimbursement of expenses to Wiregrass Auction Group, Inc., all valid liens and other claims. It is further

**ORDERED** that the sale of 108 Cotswold Drive shall be by a Trustee's quit claim deed, "as-is," with all faults, restrictions and matters of record and without any warranty, including but not limited to warranties and implied warranties as to condition, environmental matters, hazards, known/unknown/hidden or other defects, surveys, boundary or property lines, easements, condition, use, fitness, purpose or habitability.

### END OF DOCUMENT

**THIS DOCUMENT PREPARED BY:**
Thomas D. Lovett
Attorney for Trustee
KELLEY, LOVETT & SANDERS, P.C.
P.O. BOX 1164, VALDOSTA, GA  31603
(229) 242-8838
Georgia Bar 459571
tlovett@kelleylovett.com