# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 22-51030 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | BLIZZARD, CHARLES MICHAEL | | | Date Filed (f) or Converted (c): | 09/07/2022 (f) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | 10/03/2022 |
| | | | | Claims Bar Date: | 05/02/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Electronics | $500.00 | $0.00 | | $0.00 | FA |
| 2  12 gauge shotgun & pistol | $200.00 | $0.00 | | $0.00 | FA |
| 3  Clothes | $200.00 | $0.00 | | $0.00 | FA |
| 4  Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 5  Puppy | Unknown | $0.00 | | $0.00 | FA |
| 6  Funds in wife's bank account | $4,000.00 | $0.00 | | $0.00 | FA |
| 7  Checking Account Midsouth Community Federal Credit Union | $242.00 | $0.00 | | $0.00 | FA |
| 8  Savings Account Midsouth Community Federal Credit Union | $47.00 | $0.00 | | $0.00 | FA |
| 9  Right to receive monthly social security benefits | $1,950.00 | $0.00 | | $0.00 | FA |
| 10  Term life policy with Primerica spou | Unknown | $0.00 | | $0.00 | FA |
| 11  Long term care pollicy with Bankers Life | Unknown | $0.00 | | $0.00 | FA |
| 12  Transfer to wife: 98 Cotswold Dr., Forsyth, GA   (u) | $0.00 | $10,000.00 | | $0.00 | $10,000.00 |
| **TOTALS (Excluding unknown value)** | **$7,339.00** | **$10,000.00** | | **$0.00** | **Gross Value of Remaining Assets** **$10,000.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/21/2024 | Judy T. Blizzard QCD, Trustee Grantee and PT-61 efiled. See documents under Real Estate. |
| 01/18/2024 | Paid by Judy Blizzard.  ad valorem taxes for 2022 and 2023 lot @108 Cotswold. $338 was paid on December 2023. |
| 01/18/2024 | Ask transferee to sign q/c/d to WWK to avoid A.P. |
| 09/05/2023 | bPO done. Needs to be sold. |
| 09/05/2023 | File Motion to Sell |
| 03/15/2023 | Auctioneer has been employed to determine value of real estate. |
| 01/24/2023 | MMan to inspect lot. |
| 10/11/2022 | See Deed of Gift from debtor to wife recorded 5/15/2020 with -0- transfer tax paid. See attached qpublic information. Determine if any value to the property transferred. |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-51030 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | BLIZZARD, CHARLES MICHAEL | | | Date Filed (f) or Converted (c): | 09/07/2022 (f) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | 10/03/2022 |
| | | | | Claims Bar Date: | 05/02/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | |
|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 10/09/2024 | Current Projected Date Of Final Report (TFR): | 10/09/2024 | /s/ WALTER W. KELLEY |
| | | | | WALTER W. KELLEY |