**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 22-51030 |
| | § | |
| CHARLES MICHAEL BLIZZARD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Walter W. Kelley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $7,339.00 |
| Total Distributions to Claimants: | $13,282.46 | Claims Discharged Without Payment: | $108,764.31 |
| Total Expenses of Administration: | $20,883.97 | | |

3)   Total gross receipts of $34,166.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $34,166.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $20,883.97 | $20,883.97 | $20,883.97 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,824.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $115,532.00 | $17,917.77 | $17,917.77 | $13,282.46 |
| **Total Disbursements** | $122,356.00 | $38,801.74 | $38,801.74 | $34,166.43 |

4). This case was originally filed under chapter 7 on 09/07/2022. The case was pending for 33 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2025           By:  /s/ Walter W. Kelley
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 108 Cotswold Drive, Forsyth, GA | 1210-000 | $34,100.00 |
| Property tax credit | 1290-000 | $66.43 |
| **TOTAL GROSS RECEIPTS** | | **$34,166.43** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Walter W. Kelley, Trustee | 2100-000 | NA | $4,166.64 | $4,166.64 | $4,166.64 |
| Walter W. Kelley, Trustee | 2200-000 | NA | $35.18 | $35.18 | $35.18 |
| 2024 County taxes | 2820-000 | NA | $324.18 | $324.18 | $324.18 |
| Georgia Department of Revenue | 2820-000 | NA | $9.00 | $9.00 | $9.00 |
| Kelley & Lovett fees, Attorney for Trustee | 3110-000 | NA | $11,000.00 | $11,000.00 | $11,000.00 |
| Kelley & Lovett expenses, Attorney for Trustee | 3120-000 | NA | $73.97 | $73.97 | $73.97 |
| Garland, Williams & Associates, P.C., Accountant for Trustee | 3410-000 | NA | $675.00 | $675.00 | $675.00 |
| Wiregrass Auction Group, Inc. fees, Auctioneer for Trustee | 3610-000 | NA | $3,100.00 | $3,100.00 | $3,100.00 |
| Wiregrass Auction Group, Inc. expenses, Other Professional | 3992-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $20,883.97 | $20,883.97 | $20,883.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | $6,824.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,824.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $11,956.00 | $11,574.67 | $11,574.67 | $8,580.31 |
| 2 | Midland Credit Management, Inc. | 7100-000 | $680.00 | $689.53 | $689.53 | $511.15 |
| 3 | Midland Credit Management, Inc. | 7100-000 | $927.00 | $927.54 | $927.54 | $687.59 |
| 4 | Midland Credit Management, Inc. | 7100-000 | $964.00 | $964.93 | $964.93 | $715.30 |
| 5 | Republic Finance, LLC | 7100-000 | $3,700.00 | $3,761.10 | $3,761.10 | $2,788.11 |
| | Capital One Bank | 7100-000 | $2,032.00 | $0.00 | $0.00 | $0.00 |
| | CB Indigo | 7100-000 | $565.00 | $0.00 | $0.00 | $0.00 |
| | FedLoan Servicing | 7100-000 | $70,006.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $797.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $902.00 | $0.00 | $0.00 | $0.00 |
| | First Savings Credit Card | 7100-000 | $895.00 | $0.00 | $0.00 | $0.00 |
| | Fortiva Credit Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lendmark Financial Service | 7100-000 | $7,686.00 | $0.00 | $0.00 | $0.00 |
| | Mercury Card/FB&T | 7100-000 | $4,084.00 | $0.00 | $0.00 | $0.00 |
| | Onemain Financial | 7100-000 | $10,032.00 | $0.00 | $0.00 | $0.00 |
| | The Bank of Missouri/Millstone | 7100-000 | $306.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $115,532.00 | $17,917.77 | $17,917.77 | $13,282.46 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 22-51030-AEC | Trustee Name: | Walter W. Kelley |
|---|---|---|---|
| Case Name: | BLIZZARD, CHARLES MICHAEL | Date Filed (f) or Converted (c): | 09/07/2022 (f) |
| For the Period Ending: | 6/13/2025 | §341(a) Meeting Date: | 10/03/2022 |
| | | Claims Bar Date: | 05/02/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Electronics | $500.00 | $0.00 | | $0.00 | FA |
| 2  12 gauge shotgun & pistol | $200.00 | $0.00 | | $0.00 | FA |
| 3  Clothes | $200.00 | $0.00 | | $0.00 | FA |
| 4  Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 5  Puppy | Unknown | $0.00 | | $0.00 | FA |
| 6  Funds in wife's bank account | $4,000.00 | $0.00 | | $0.00 | FA |
| 7  Checking Account Midsouth Community Federal Credit Union | $242.00 | $0.00 | | $0.00 | FA |
| 8  Savings Account Midsouth Community Federal Credit Union | $47.00 | $0.00 | | $0.00 | FA |
| 9  Right to receive monthly social security benefits | $1,950.00 | $0.00 | | $0.00 | FA |
| 10  Term life policy with Primerica spou | Unknown | $0.00 | | $0.00 | FA |
| 11  Long term care pollicy with Bankers Life | Unknown | $0.00 | | $0.00 | FA |
| 12  Transfer to wife: 98 Cotswold Dr., Forsyth, GA  (u) | $0.00 | $10,000.00 | | $0.00 | FA |
| 13  Property tax credit  (u) | $66.43 | $66.43 | | $66.43 | FA |
| 14  108 Cotswold Drive, Forsyth, GA  (u) | $0.00 | $30,000.00 | | $34,100.00 | FA |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**

$7,405.43     $40,066.43     $34,166.43     $0.00

---

**Major Activities affecting case closing:**

| 04/17/2025 | Checks signed today. Await -0- balance then TDR. |
| 01/21/2025 | TFR signed today. |
| 12/02/2024 | TFRR |
| 10/15/2024 | Reviewed email from MCDR with list of Seller's Closing Documents. |
| 10/09/2024 | Lot sold. Report of Sale to be done upon receipt of proceeds. |
| 10/09/2024 | Prepare Fee Application for KL |
| 09/19/2024 | Reviewed and signed Contract for Sale of Real Property at 108 Cotswold Drive, Forsyth, Georgia 31029. Closing is before Friday, October 18, 2024. Purchase price is $34,100 inclusive of the buyer's commission. |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2        Exhibit 8

| Case No.: | 22-51030-AEC | Trustee Name: | Walter W. Kelley |
|---|---|---|---|
| Case Name: | BLIZZARD, CHARLES MICHAEL | Date Filed (f) or Converted (c): | 09/07/2022 (f) |
| For the Period Ending: | 6/13/2025 | §341(a) Meeting Date: | 10/03/2022 |
| | | Claims Bar Date: | 05/02/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 08/30/2024 | To be auctioned off September 18, 2024. |
| 02/21/2024 | Judy T. Blizzard QCD, Trustee Grantee and PT-61 efiled. See documents under Real Estate. |
| 01/18/2024 | Paid by Judy Blizzard. ad valorem taxes for 2022 and 2023 lot @108 Cotswold. $338 was paid on December 2023. |
| 01/18/2024 | Ask transferee to sign q/c/d to WWK to avoid A.P. |
| 09/05/2023 | bPO done. Needs to be sold. |
| 09/05/2023 | File Motion to Sell |
| 03/15/2023 | Auctioneer has been employed to determine value of real estate. |
| 01/24/2023 | MMan to inspect lot. |
| 10/11/2022 | See Deed of Gift from debtor to wife recorded 5/15/2020 with -0- transfer tax paid. See attached qpublic information. Determine if any value to the property transferred. |

Initial Projected Date Of Final Report (TFR):   10/09/2024        Current Projected Date Of Final Report (TFR):   10/09/2026        /s/ WALTER W. KELLEY

WALTER W. KELLEY

Case 22-51030-AEC Doc 59 Filed 07/08/25 Entered 07/08/25 08:16:44 Desc Main
Document Page 7 of 9

**FORM 2**

Page No: 1   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 22-51030-AEC | **Trustee Name:** Walter W. Kelley |
| **Case Name:** | BLIZZARD, CHARLES MICHAEL | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***7010 | **Checking Acct #:** ******3001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Charles Michael Blizzard, Debtor, Walter W. Kelley, Trustee, Case No. 22-51030 |
| **For Period Beginning:** | 9/7/2022 | **Blanket bond (per case limit):** $3,500,000.00 |
| **For Period Ending:** | 6/13/2025 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2024 | | Moore, Clarke DuVall & Rodgers, P.C. | Net sale proceeds per Order of 3/6/2024 (#32) | * | $29,242.25 | | $29,242.25 |
| | {14} | | Gross sale proceeds  $34,100.00 | 1210-000 | | | $29,242.25 |
| | {13} | | 2024 County taxes adjustment  $66.43 | 1290-000 | | | $29,242.25 |
| | | | 2024 County taxes  $(324.18) | 2820-000 | | | $29,242.25 |
| | | | Wiregrass Auction Group, Inc. fees  $(3,100.00) | 3610-000 | | | $29,242.25 |
| | | | Wiregrass Auction Group, Inc. expenses  $(1,500.00) | 3992-000 | | | $29,242.25 |
| 11/21/2024 | 1001 | KELLEY & LOVETT, P.C. | Attorney for Trustee fees and expenses per Order of 11/21/2024 (43) | * | | $11,073.97 | $18,168.28 |
| | | | Kelley & Lovett fees  $(11,000.00) | 3110-000 | | | $18,168.28 |
| | | | Kelley & Lovett expenses  $(73.97) | 3120-000 | | | $18,168.28 |
| 12/06/2024 | 1002 | Georgia Department of Revenue | Income taxes due per Order 12/6/2024 (#46) | 2820-000 | | $9.00 | $18,159.28 |
| 04/17/2025 | 1003 | Garland, Williams & Associates, P.C. | Claim #: ; Amount Claimed: 675.00; Amount Allowed: 675.00; Account Number: ; Distribution Dividend: 100.00; | 3410-000 | | $675.00 | $17,484.28 |
| 04/17/2025 | 1004 | Walter W. Kelley | Trustee Compensation | 2100-000 | | $4,166.64 | $13,317.64 |
| 04/17/2025 | 1005 | Walter W. Kelley | Trustee Expenses | 2200-000 | | $35.18 | $13,282.46 |
| 04/17/2025 | 1006 | Discover Bank | Claim #: 1; Amount Claimed: 11,574.67; Amount Allowed: 11,574.67; Account Number: 3619; Distribution Dividend: 74.13; | 7100-000 | | $8,580.31 | $4,702.15 |
| 04/17/2025 | 1007 | Midland Credit Management, Inc. | Claim #: 2; Amount Claimed: 689.53; Amount Allowed: 689.53; Account Number: ; Distribution Dividend: 74.13; | 7100-000 | | $511.15 | $4,191.00 |
| 04/17/2025 | 1008 | Midland Credit Management, Inc. | Claim #: 3; Amount Claimed: 927.54; Amount Allowed: 927.54; Account Number: ; Distribution Dividend: 74.13; | 7100-000 | | $687.59 | $3,503.41 |
| 04/17/2025 | 1009 | Midland Credit Management, Inc. | Claim #: 4; Amount Claimed: 964.93; Amount Allowed: 964.93; Account Number: ; Distribution Dividend: 74.13; | 7100-000 | | $715.30 | $2,788.11 |

**SUBTOTALS**  $29,242.25  $26,454.14

**FORM 2**  Page No: 2  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 22-51030-AEC | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|
| Case Name: | BLIZZARD, CHARLES MICHAEL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7010 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Charles Michael Blizzard, Debtor, Walter W. Kelley, Trustee, Case No. 22-51030 |
| For Period Beginning: | 9/7/2022 | | Blanket bond (per case limit): | $3,500,000.00 |
| For Period Ending: | 6/13/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/17/2025 | 1010 | Republic Finance, LLC | Claim #: 5; Amount Claimed: 3,761.10; Amount Allowed: 3,761.10; Account Number: ; Distribution Dividend: 74.13; | 7100-000 | | $2,788.11 | $0.00 |
| | | | **TOTALS:** | | $29,242.25 | $29,242.25 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $29,242.25 | $29,242.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $29,242.25 | $29,242.25 | |

| For the period of 9/7/2022 to 6/13/2025 | | For the entire history of the account between 10/03/2024 to 6/13/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $34,166.43 | Total Compensable Receipts: | $34,166.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,166.43 | Total Comp/Non Comp Receipts: | $34,166.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $34,166.43 | Total Compensable Disbursements: | $34,166.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,166.43 | Total Comp/Non Comp Disbursements: | $34,166.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3                Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 22-51030-AEC | | Trustee Name: | Walter W. Kelley |
| Case Name: | BLIZZARD, CHARLES MICHAEL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7010 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Charles Michael Blizzard, Debtor, Walter W. Kelley, Trustee, Case No. 22-51030 |
| For Period Beginning: | 9/7/2022 | | Blanket bond (per case limit): | $3,500,000.00 |
| For Period Ending: | 6/13/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $29,242.25 | $29,242.25 | $0.00 |

**For the period of 9/7/2022 to 6/13/2025**

| | |
|---|---|
| Total Compensable Receipts: | $34,166.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,166.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $34,166.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,166.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/07/2022 to 6/13/2025**

| | |
|---|---|
| Total Compensable Receipts: | $34,166.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,166.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $34,166.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,166.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ WALTER W. KELLEY

WALTER W. KELLEY